IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KACEY BILLINGSLEY**                                                                                    **PLAINTIFF**

v.                                    Case No. 4:22-cv-00110-KGB-JTR

**SALINE COUNTY**                                                                                      **DEFENDANT**

### ORDER

The Court has reviewed the Recommended Disposition filed by United States Magistrate Judge J. Thomas Ray (Dkt. No. 4).  Plaintiff Kacey Billingsley has not filed any objections, and the time to file objections has passed.  After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.  Accordingly, Ms. Billingsley's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 1).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 3rd day of January, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge