IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KACEY BILLINGSLEY**                                                                 **PLAINTIFF**

**v.**                      **Case No. 4:22-cv-00110-KGB-JTR**

**SALINE COUNTY**                                                             **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Kacey Billingsley's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 3rd day of February, 2023.

                                                                    Kristine G. Baker
                                                                    United States District Judge